IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02359-EWN-PAC

ALPINE RESEARCH OPTICS CORPORATION, a Colorado Corporation,

     Plaintiff(s),

v.

WAYNE PANTLEY,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 15, 2005

     After consideration of the parties' July 14, 2005 Status Report and the request to continue the July 18, 2005 motions hearing, IT IS HEREBY

     **ORDERED** that the parties' July 14, 2005 request to vacate the motions hearing set for July 18, 2005 is **granted**. The July 18, 2005 motions hearing is **vacated**. It is further

     **ORDERED** that plaintiff's Motion to Quash Subpoena and for Protective Order [filed May 17, 2005] is **denied** without prejudice as moot and plaintiff's Motion to Deposit Future Distributions of Subchapter S Dividends with the Court [filed May 26, 2005] is **denied**. To grant the latter motion would result in unfair prejudice to defendant because he would be required to pay taxes on dividends he would not be able to receive.